# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00925-CR

---

**Alisa Ann Golz, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-23-100104, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Alisa Ann Golz seeks to appeal an order of deferred adjudication for the offense of forgery of a financial instrument. The trial court has certified that (1) this is a plea-bargain case and Golz has no right of appeal, and (2) Golz has waived the right of appeal. Additionally, the notice of appeal is untimely, as the order of deferred adjudication was entered on June 26, 2025, and Golz did not file her notice of appeal until November 20, 2025. Accordingly, we dismiss the appeal for want of jurisdiction.[1]  *See* Tex. R. App. P. 25.2(a)(2), (d); 26.2(a).

_____

Gisela D. Triana, Justice

---

[1] We dismiss all pending motions as moot.

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Jurisdiction

Filed: December 17, 2025

Do Not Publish